IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

CSR, INCORPORATED, in its )
corporate capacity and in its )
capacity as fiduciary of the )
CSR, Incorporated Employee )
Stock Ownership Plan. )
                                                                 )
    Plaintiff, )
                                                                 )
    v. )      1:16cv1227 (JCC/IDD)
                                                                 )
JOHN FOSTER-BEY, )
                                                                )
    Defendant. )
                                                                 )

**O R D E R**

       This matter is before the Court on Plaintiff's Motion to Dismiss [Dkt. 77]. Defendant John Foster-Bey has filed Counterclaims contending both that (1) he is presently CSR, Incorporated's CEO and Board Member, as well as Trustee of CSR's Employee Stock Ownership Plan, and that the attempts of CSR's Board to remove him from those positions have been ineffective, and (2) that he seeks a Court order requiring CSR to reinstate him to his various positions. It appearing to the Court that these propositions are inconsistent, it is hereby

       ORDERED that Defendant file a memorandum within seven (7) days of the entry of this order clarifying the relief he seeks and explaining why CSR is the proper entity against which

to seek it.  Plaintiff's response, if any, shall be due within three (3) days of Defendant's submission.

It is so ORDERED.

March 16, 2017
Alexandria, Virginia

/s/
James C. Cacheris
UNITED STATES DISTRICT COURT JUDGE